IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIDGEPORT HOSPITAL, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA, Secretary,<br>U.S. Department of Health & Human Services,<br>in his official capacity,<br><br>    Defendant. | Case No. 21-cv-1110 (TJK) |

**JOINT STATUS REPORT**

  Pursuant to the Court's Minute Order of October 8, 2021, the parties respectfully submit this joint status report.

  1. Plaintiffs, a collection of hospitals that participate in the Medicare program, filed this suit to challenge the amount of reimbursement they received for their direct graduate medical expenses and the regulation that governs the reimbursement calculation. *See* Compl. ¶ 1, ECF No. 1.

  2. This case raises claims that are virtually identical to the claims that were at issue in *Milton S. Hershey Medical Center v. Becerra*, Civ. A. No. 19-2680 (D.D.C.) (Kelly, J.). In *Hershey*, this Court granted the plaintiff hospitals' motions for summary judgment and denied defendant's motion for summary judgment. *See id.*, 2021 WL 1966572, at *1 (D.D.C. May 17, 2021).

  3. On July 1, 2021, the Court issued a Minute Order granting defendant's consent motion to stay proceedings in this case. On October 8, 2021, the Court issued a Minute Order granting the parties' joint motion to continue the stay, and ordering that the case would remain stayed until further order of the Court. Additionally, the October 8, 2021, Minute Order directed the parties to submit a joint status report on or before August 12, 2022, informing the Court of the status of defendant's rulemaking and any progress toward settlement.

4.	On August 10, 2022, the Department of Health and Human Services, Centers for Medicare & Medicaid Services (the "Department"), published in the Federal Register the FY 2023 Inpatient Prospective Payment System ("IPPS") final rule.  87 Fed. Reg. 48,780, 48,784, 49,066–72.  The final rule changes the agency's method of calculating direct graduate medical education payments following this Court's ruling in *Milton S. Hershey Medical Center v. Cochran*, No. 1:19-cv-2680 (D.D.C.) (Kelly, J.).  *See* 87 Fed. Reg. at 49,066–72.  Specifically, "[a]fter reviewing the statutory language regarding the direct [graduate medical education] [full-time equivalent] cap and the court's opinion [in *Hershey*]," the agency decided to "implement a modified policy to be applied prospectively for all teaching hospitals, as well as retroactively to the providers and cost years in *Hershey* and certain other providers."  *Id.* at 48,784.

5.	The parties' settlement discussions in this case remain ongoing.  In accordance with the FY 2023 IPPS final rule, the agency intends to recalculate reimbursements for direct graduate medical expenses for hospital cost years covered by the final rule.  Following such recalculation, the parties will determine what issues, if any, remain for litigation in this case.  The parties agree that the current stay of this matter serves the interests of justice.

6.	The parties propose to file another Joint Status Report on or before November 21, 2022, provided that either party may request that the Court lift the stay prior to November 21, 2022, should it believe that active litigation of the case should resume.

Dated: August 12, 2022            Respectfully submitted,

| | |
|---|---|
| */s/ Ron Connelly* | MATTHEW M. GRAVES |
| RONALD S. CONNELLY | United States Attorney |
| D.C. Bar No. 488298 | |
| Powers Pyles Sutter & Verville, PC | BRIAN P. HUDAK |
| 1501 M Street, N.W., 7th Floor | Chief, Civil Division |
| Washington, DC 20005 | |
| Tel: (202) 872-6762 | */s/ Sean Tepe* |
| Fax: (202) 785-1756 | SEAN M. TEPE |
| Email: Ron.Connelly@PowersLaw.com | Assistant United States Attorney |
| | 601 D Street, N.W. |
| *Counsel for Plaintiffs* | Washington, D.C. 20530 |
| | Telephone: 202-252-2533 |
| | Sean.Tepe@usdoj.gov |
| | |
| | *Counsel for Defendant* |